981 A.2d 1281

**Demetrius DOZIER, Petitioner**

v.

**COURT OF COMMON PLEAS of Philadelphia County, Respondent.**

**No. 119 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 16, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**